

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Lee A. Baker

                              **Plaintiff,**

                       V.

Nathaniel Bier, an individual; Robert Gibson, an individual , Does 1-10

                             **Defendant.**

Civil Action No.  15-cv-1568-CAB-DHB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' motion for summary judgment is Granted. Judgment shall be entered in favor of Defendants and the Clerk of the Court shall Close the case. It Is So Ordered.

Date:  11/14/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Gutierrez
                              J. Gutierrez, Deputy